# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH E. BROWN** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:08CV837 LG-RHW** |
| | § | |
| **UNITED PARCEL SERVICE, INC.** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [23] filed by Defendant United Parcel Service, Inc., the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, United Parcel Service, Inc., pursuant to Fed. R. Civ. P. 56. The Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 27th day of April, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE